STATE *v.* JAMES PRYOR and ROOSEVELT SMITH.

(*November* 22, 1932.)

HARRINGTON, J., sitting.

*David J. Reinhardt, Jr.,* Deputy Attorney-General, for the State.

*H. Albert Young* for the defendant, Pryor.

---

*Louis L. Redding* for the defendant, Smith.

Court of General Sessions for New Castle County, Indictment for Illegal Possession of Spirituous Liquor, No. 15, November Term, 1932.

HARRINGTON, J., in overruling the objection, said:

Pryor, though a joint defendant, gave testimony tending to show that Smith was the sole guilty party. Counsel for Smith, therefore, has the right to cross-examine Pryor like he would any other adverse witness in the case.